I, ASAAD AMIR HASAAN having been presented with a copy of the SUPERSEDING Indictment, upon arraignment, I do hereby enter a plea of NOT guilty to the Indictment filed in this case.

Dated this 21st day of NOV, 2024

Deft. _____

Cnsl. _____

   i.  2010 Bentley Continental, VIN: SCBCU8ZA5AC064162.

## Substitute Assets Provision
### (Applicable to All Forfeiture Allegations)

84. If the above-described forfeitable property, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL:

[signature redacted]

Foreperson

DAVID C. WEISS
United States Attorney

BY: *[signature: Meredith C. Ruggles]*
Meredith C. Ruggles
Claudia L. Pare
Assistant United States Attorneys

Dated: 11/14/2024

28