# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : Criminal Action No. 24-40-CFC |
| AUDREY GIBBONS, | : |
| Defendant. | : |

## ORDER

AND NOW, this _10th_ day of _February_, 2025, in consideration of the Unopposed Motion to Extend Pretrial Motions Deadline filed in the above-captioned matter, it is HEREBY ORDERED that the Motion is GRANTED. Pretrial motions shall be due by May 20, 2025.

IT IS FURTHER ORDERED that the time from February 19, 2025 until May 20, 2025 is excluded under the Speedy Trial Act because the ends of justice served by the delay outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

BY THE COURT:

_____
Honorable Colm Connolly
Chief United States District Judge